IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

WILLIAM PHILLIP TEDDER                                              PLAINTIFF

v.                                                          No. 4:19CV128-GHD-DAS

WARDEN WENDELL BANKS, ET AL.                                      DEFENDANTS

## FINAL JUDGMENT

In accordance with the memorandum opinion and final judgment entered this day, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED**, this, the 7th day of October, 2019.

_____
UNITED STATES SENIOR DISTRICT JUDGE