# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**WILLIAM PHILLIP TEDDER**                                                    **PLAINTIFF**

v.                                      **No. 4:19CV128-GHD-DAS**

**WARDEN WENDELL BANKS, ET AL.**                                     **DEFENDANTS**

## ORDER *GRANTING* PLAINTIFF'S MOTION FOR RECONSIDERATION

This matter comes before the court on the plaintiff's motion for reconsideration of the court's order granting his request to proceed as a pauper. Interlocutory orders, such as the present one, are subject to the complete power of the court rendering them to afford such relief from them as justice requires. 7 Moore's Federal Practice ¶ 60.20 at 60–170 (2d ed. 1985). The plaintiff has shown that the court miscalculated the balances in his prison account when determining his initial payment of the filing fee under 28 U.S.C. § 1915. As such, the plaintiff's request for reconsideration is **GRANTED**. The court's previous order granting the plaintiff pauper status is **RESCINDED**, and a corrected order will issue.

**SO ORDERED**, this, the 29th day of October, 2019.

                                                                /s/ David A. Sanders
                                                                DAVID A. SANDERS
                                                                UNITED STATES MAGISTRATE JUDGE