IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

WILLIAM PHILLIP TEDDER     PLAINTIFF

v.     No. 4:19CV128-GHD-DAS

WARDEN WENDELL BANKS, ET AL.     DEFENDANTS

### ORDER DENYING PLAINTIFF'S MOTION
### TO ALTER OR AMEND JUDGMENT

This matter comes before the court on the plaintiff's motion for reconsideration of the court's October 7, 2019, memorandum opinion and final judgment dismissing the instant case for failure to state a claim upon which relief could be granted. The court interprets the motion, using the liberal standard for *pro se* litigants set forth in *Haines v. Kerner*, 404 U.S. 519 (1972), as a motion to amend judgment under Fed. R. Civ. P. 59(e), which must be filed within 28 days of entry of judgment. An order granting relief under Rule 59(e) is appropriate when: (1) there has been an intervening change in the controlling law, (2) where the movant presents newly discovered evidence that was previously unavailable, or (3) to correct a manifest error of law or fact. *Schiller v. Physicians Res. Grp. Inc.*, 342 F.3d 563, 567 (5th Cir. 2003). The plaintiff merely reiterates and expounds upon the allegations in his original complaint. As such, he has neither asserted nor proven any of the justifications to amend a judgment under Fed. R. Civ. P. 59(e), and his request to alter or amend judgment is **DENIED**.

SO ORDERED, this, the 25th day of September, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE